```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Action No. |
| Plaintiff, | ) | 5:15-cr-57-JMH |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PAUL SINH TRAN, | ) | |
| | ) | |
| Defendant, | ) | |

\*\*\*

This matter is before the Court on the Defendant, Paul Sinh Tran's "Motion for Early Termination of Supervised Release." [DE 51]. The Court having reviewed the motion, [DE 51] and being otherwise sufficiently advised, **IT IS ORDERED** as follows:

1) That the Plaintiff, United States of America, **SHALL RESPOND** to the Motion, [DE 51] on or before **October 16, 2019**; and

2) That the Clerk is **DIRECTED** to provide a copy of this Order to the Defendant via-U.S. Mail.

This the 2nd day of October, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge