```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | 5:15-CR-57-JMH-1 |
| v. | ) | |
| | ) | **ORDER** |
| PAUL SINH TRAN, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*

This matter is before the Court on the motion of Paul Sinh Tran, requesting early termination of his supervised release. [DE 51]. Tran filed the instant motion on October 1, 2019. [DE 51]. On October 2, 2019, this Court directed the United States to respond to the motion. [DE 52]. On October 16, 2019, the United States responded stating that it does not object to Tran's request for early termination of Tran's supervised release. [DE 53]. As a result, the Court will grant the requested relief.

Accordingly, **IT IS ORDERED** that Defendant Paul Sinh Tran's motion for early termination of supervised release, [DE 51], is, and hereby shall be, **GRANTED.**

This the 18th day of October, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge